LTG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | UNSEALING ORDER |
| - against - | 16-M-836 |
| | 17-MJ-360 |
| IN THE MATTER OF THE SEARCH WARRANT OF INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED THE FOLLOWING CALL NUMBERS: (1) (631) 384-2653; (2) (631) 774-6017; (3) (631) 484-1313; (4) (631) 774-5920; (5) (631) 942-7175; (6) (631) 831-7802; (7) (631) 433-8258; (8) (631) 764-9336; (9) (631) 925-8181; AND (10) (631) 312-6143; | |
| AND IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR THE PREMISES KNOWN AND DESCRIBED AS SAFE DEPOSIT BOX NUMBER 251, LOCATED AT TD BANK, 2822 MIDDLE COUNTRY ROAD, LAKE GROVE, NEW YORK 11755, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of the United States by Lara Treinis Gatz, Assistant United States Attorney, on behalf of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, for an order unsealing the above-captioned matters, it is hereby

ORDERED that the above captioned matters, having been sealed previously by court orders, be unsealed in their entirety.

Dated:  Central Islip, New York
        December 3, 2018

_____
HONORABLE GARY R. BROWN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK