

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LTG/JJD

*610 Federal Plaza*
*Central Islip, New York 11722*

December 6, 2018

**EX PARTE**
**UNDER SEAL**
**VIA HAND DELIVERY**
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 07 2018 ★

LONG ISLAND OFFICE

Re: United States v. Thomas J. Spota, et al.
Criminal Docket No. ~~17-CR-587~~ (JMA)   17-MJ-360

Dear Judge Azrack:

In anticipation of responding to defense motions, the government moved to unseal a search warrant and accompanying affidavit (17-MJ-360) that has been previously produced to the defense in discovery. Judge Tomlinson ordered this document unsealed earlier this week, and it is currently available on PACER in an unredacted form. However, upon further review of the affidavit, the government suggests redaction of the name of an alleged co-conspirator, as he is specifically referred to by name in the affidavit. Moreover, the government proposes to redact the specific reference number of the safe deposit box for privacy reasons. I have submitted a proposed Order and a redacted version of 17-MJ360 for you review.

Thank you for your consideration.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: _____/s/_____
Lara Treinis Gatz
John J. Durham
(631) 715-7913