UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 07 2018 ★

LONG ISLAND OFFICE

-------------------------------------------------X

UNITED STATES OF AMERICA

- against -

CHRISTOPHER McPARTLAND, et al.

Defendants.

-------------------------------------------------X

ORDER

17-MJ-360 (JMA)

Upon application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Lara Treinis Gatz, Assistant United States Attorney, it is hereby ordered that the search warrant affidavit bearing docket number 17-MJ-360 be SEALED and the attached redacted version be added to the docket in its place and remain UNSEALED.

Dated: Central Islip, New York
December 7, 2018

SO ORDERED:

s/ Joan M. Azrack

HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK